IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BURBELLA,<br><br>    Plaintiff<br><br>vs.<br><br>MISERICORDIA UNIVERSITY,<br><br>    Defendant | No. 3:15CV-0871<br><br>(JUDGE MANNION)<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

AND NOW, the parties, by and through their respective counsel stipulate as follows:

1. The above-captioned action is dismissed with prejudice; and

2. Each party will bear its own attorneys' fees, expenses and costs.

| The Hanchulak Law Offices | Rosenn, Jenkins & Greenwald, LLP |
|---|---|
| BY: _____<br>Gerald J. Hanchulak, Esquire<br>Attorneys for Plaintiff,<br>Jennifer Burbella | BY: _____<br>James C. Oschal, Esquire<br>Attorneys for Defendant,<br>Misericordia University |

879959.1