IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BURBELLA, | |
| Plaintiff | No. 3:15CV-0871 |
| vs. | (JUDGE MANNION) |
| MISERICORDIA UNIVERSITY, | JURY TRIAL DEMANDED |
| Defendant | |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

AND NOW, the parties, by and through their respective counsel stipulate as follows:

1. The above-captioned action is dismissed with prejudice; and

2. Each party will bear its own attorneys' fees, expenses and costs.

The Hanchulak Law Offices                    Rosenn, Jenkins & Greenwald, LLP

BY: _____                BY: _____
Gerald J. Hanchulak, Esquire                 James C. Oschal, Esquire
Attorneys for Plaintiff,                     Attorneys for Defendant,
Jennifer Burbella                            Misericordia University


APPROVED:
_____                    Dated: 9/27/16
Malachy E. Mannion, U.S. District Judge

879959.1